**UNITED STATES of America v. A. S. WELLS et al.**

No. 2030.

Circuit Court of Appeals, Tenth Circuit.

March 9, 1940.

Cleon A. Summers, U. S. Atty., and Charles N. Champion, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

A. S. Wells, John T. Cooper, and Bat Shunatona, all of Wewoka, Okl., Bohanon & Adams, of Oklahoma City, Okl., and Louis A. Ledbetter, of Wewoka, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded with instructions to dismiss the application for attorneys' fees, per stipulation.